## VITORATOS *v.* MAXWELL, WARDEN.

No. 1003, Misc.  Decided February 21, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## NIELSEN *v.* NEBRASKA STATE BAR ASSOCIATION.

No. 1018, Misc.  Decided February 21, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.